

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-15-00045-CV

---

DUDLEY CONSTRUCTION, LTD., RICHARD MARK DUDLEY, AND
HARTFORD FIRE INSURANCE COMPANY, Appellants

V.

ACT PIPE & SUPPLY, INC., Appellee

---

On Appeal from the 361st District Court
Brazos County, Texas
Trial Court No. 12-000281-CV-361

---

Before Morriss, C.J., Moseley and Burgess, JJ.

# ORDER

Court reporter Felix Thompson recorded the trial proceedings in appellate cause number 06-15-00045-CV, styled *Dudley Construction, LTD., Richard Mark Dudley, and Hartford Fire Insurance Company v. ACT Pipe & Supply, Inc.*, trial court cause number 12-000281-CV-361, on appeal from the 361st Judicial District Court of Brazos County, Texas. The reporter's record was originally due in this matter on July 31, 2015. That deadline was extended twice on Thompson's requests, resulting in the most recent due date of September 30, 2015. Thompson has now filed a third request seeking an additional thirty-day extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we overrule Thompson's third request for an extension of the filing deadline and order him to file the reporter's record in cause number 06-15-00045-CV, styled *Dudley Construction, LTD., Richard Mark Dudley, and Hartford Fire Insurance Company v. ACT Pipe & Supply, Inc.*, trial court cause number 12-000281-CV-361, on appeal from the 361st Judicial District Court of Brazos County, Texas, to be received by this Court no later than the close of business on Friday, October 30, 2015.

If the reporter's record is not received by October 30, we warn Thompson that we may begin contempt proceedings and order him to demonstrate why he should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   October 20, 2015